B6B (Official Form 6B) (12/07)

In re  **Kenneth L. Waldron**                                              ,     Case No.  **10-61750**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wood and Huston Bank checking account** | - | **0.00** |
| | | | **US Bank checking account** | - | **102.00** |
| | | | **Wachovia Bank checking** | - | **675.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit with Craig and Susan Malloy landlord** | - | **1,000.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **horse tack (2 saddles, two bridles, saddle pads, halter, leads (needs refurbishing)** | - | **350.00** |
| | | | **microwave oven, dishes silverware pots pans** | - | **25.00** |
| | | | **2 hot steam vapor cleaners; dehumidfier; space heater** | - | **250.00** |
| | | | **misc hand tools; metal toolbox** | - | **200.00** |
| | | | **2 beds, pool table, TV, bookcase, sofa, table (poor condition)** | - | **200.00** |
| | | | **bird dog pictures** **bird dog trophies** | - | **100.00** |
| | | | **bed, desk, dresser, table and 4 chairs** | - | **200.00** |
| | | | **Big screen TV** | - | **300.00** |
| | | | **canoe** | - | **50.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

                                                                                    Sub-Total >    **3,452.00**
                                                                                   (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Kenneth L. Waldron**, Case No. **10-61750**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | **men's clothing, shoes and boots** | - | **200.00** |
| | | **one ring, three watches** | - | **350.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **2 Remington 12 gauge shotguns** | - | **200.00** |
| | | **pistol 22 caliber Ruger (broken)** | - | **25.00** |
| | | **fishing rods (2) and reel and tackle box** | - | **50.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100 shares of Eagle Environmental Products Inc. not an active business; not authorized to do business in Virginia** | - | **1.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Money owed by Roger Vance Sr. Marble Hill Mo 63775** | - | **1,100.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total > **1,926.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Kenneth L. Waldron**, Case No. **10-61750**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **no refund expected as debtor has not worked gainfully this year, unlike 2009** | - | **0.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford F 250 Truck 176000 miles (odometer was broken for 7 years) needs balljoints, brakes, possible new transmission, no AC** | - | **3,000.00** |
| | | **1996 Chevrolet 1/2 Ton Truck 168000 miles needs transmission work, brakes and engine work** | - | **1,500.00** |
| | | **1963 Chevrolet Impala 2 Door Sedan 200000+ miles needs new transmission, brakes, electrical problems** | - | **2,000.00** |
| | | **1991 Cadillac Eldorado sedan does not run body damage front end out** | - | **300.00** |
| | | | Sub-Total > (Total of this page) | **6,800.00** |

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Kenneth L. Waldron**,  Case No. **10-61750**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1988 Ford F 100 pickup truck total loss due to front end collission** | - | **100.00** |
| | | **Ho-made metal dog trailer (2 wheeler)** | - | **250.00** |
| | | **Ho Made metal Box trailer 2 wheeler rusted** | - | **150.00** |
| | | **4 wheel cargo trailer** | - | **1,500.00** |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | | **3 desks, 2 computers, 3 printers, law books, filing cabinets, 5 office chairs (paralegal)** | - | **1,400.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30. Inventory. | **X** | | | |
| 31. Animals. | | **Pointer dog male no papers** | - | **100.00** |
| | | **Setter dog, may be registered** | - | **200.00** |
| | | **horse, gray gelding 14 years old bad feet** | - | **500.00** |
| | | **horse, red gelding 11 years old bad feet** | - | **500.00** |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

Sub-Total >    **4,700.00**
(Total of this page)
Total >    **16,878.00**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re  **Kenneth L. Waldron**,                                    Case No.  **10-61750**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **US Bank checking account** | RSMo §§ 288.380, 513.430 | 102.00 | 102.00 |
| | 38 U.S.C.A. § 5301(a) | 1.00 | |
| | 42 U.S.C.A. § 407 | 1.00 | |
| **Wachovia Bank checking** | RSMo §§ 288.380, 513.430 | 675.00 | 675.00 |
| | 42 U.S.C.A. § 407 | 1.00 | |
| | 38 U.S.C.A. § 5301(a) | 1.00 | |
| **Household Goods and Furnishings** | | | |
| horse tack (2 saddles, two bridles, saddle pads, halter, leads (needs refurbishing) | RSMo § 513.430.1(1) | 125.00 | 350.00 |
| microwave oven, dishes silverware pots pans | RSMo § 513.430.1(1) | 25.00 | 25.00 |
| 2 hot steam vapor cleaners; dehumidfier; space heater | RSMo § 513.430.1(1) | 250.00 | 250.00 |
| misc hand tools; metal toolbox | RSMo § 513.430.1(1) | 200.00 | 200.00 |
| 2 beds, pool table, TV, bookcase, sofa, table (poor condition) | RSMo § 513.430.1(1) | 200.00 | 200.00 |
| bird dog pictures bird dog trophies | RSMo § 513.430.1(1) | 100.00 | 100.00 |
| bed, desk, dresser, table and 4 chairs | RSMo § 513.430.1(1) | 200.00 | 200.00 |
| Big screen TV | RSMo § 513.430.1(1) | 300.00 | 300.00 |
| **Wearing Apparel** | | | |
| men's clothing, shoes and boots | RSMo § 513.430.1(1) | 100.00 | 200.00 |
| one ring, three watches | RSMo § 513.430.1(2) | 350.00 | 350.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 2 Remington 12 gauge shotguns | RSMo § 513.430.1(1) | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Ford F 250 Truck 176000 miles (odometer was broken for 7 years) needs balljoints, brakes, possible new transmission, no AC | RSMo § 513.430.1(5) | 3,000.00 | 3,000.00 |
| 1963 Chevrolet Impala 2 Door Sedan 200000+ miles needs new transmission, brakes, electrical problems | RSMo § 513.430.1(3) | 600.00 | 2,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| 3 desks, 2 computers, 3 printers, law books, filing cabinets, 5 office chairs (paralegal) | RSMo § 513.430.1(4) | 1,400.00 | 1,400.00 |

  __**1**__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Kenneth L. Waldron**, Case No. **10-61750**
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Animals** | | | |
| **Pointer dog male no papers** | **RSMo § 513.430.1(1)** | **100.00** | **100.00** |
| **Setter dog, may be registered** | **RSMo § 513.430.1(1)** | **200.00** | **200.00** |
| **horse, gray gelding 14 years old bad feet** | **RSMo § 513.430.1(1)** | **500.00** | **500.00** |
| **horse, red gelding 11 years old bad feet** | **RSMo § 513.430.1(1)** | **500.00** | **500.00** |

Total: **9,131.00** **10,852.00**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt