BGW#: 109045

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
*Charlottesville*

| | |
|---|---|
| IN RE: | Case No. 10-61750-WEA |
| Kenneth L. Waldron | |
|     Debtor(s) | Chapter 7 |

_____

US Bank National Assocation
    Movant

v.

Kenneth L. Waldron
    Debtor/Respondent

and
William F. Schneider
    Trustee/Respondent

_____

## ORDER TERMINATING THE AUTOMATIC STAY

      This matter comes before the Court on the Motion for Relief from Automatic Stay filed on June 25, 2010 (the "Motion") on behalf of US Bank National Association, as Trustee for Credit Suisse First Boston CSFB 2006-4 (the "Movant") by counsel, Stephen B. Wood and Bierman, Geesing, Ward & Wood, LLC.

      WHEREAS, The Movant provided notice of hearing to all parties to this Motion in accordance with Bankruptcy Rules and Statutes; and

      WHEREAS, A Pre-Hearing Order was entered by the Court in this matter providing that the failure of any respondent to file a responsive pleading within fourteen (14) days of the entry of the Pre-Hearing Order shall be deemed consent by the non-responding party to the relief requested in the Motion and a waiver of any further notice or opportunity for hearing; and

      WHEREAS, Kenneth L. Waldron (the "Debtor"), has not filed a responsive pleading opposing the Motion within fourteen (14) days of the entry of the Pre-Hearing Order,

      WHEREAS, William F. Schneider, the Chapter 7 Trustee for the Debtor's estate, consents to the relief requested in the Motion,

      NOW THEREFORE IT IS HEREBY ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a) shall be and the same is TERMINATED pursuant to 11 U.S.C. Section 362(e) to permit the Movant to conduct a foreclosure sale of the Debtor's real property known as 417 North High Street,

Stephen B. Wood, VSB #26518
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804)282-0463
*Attorney for the Movant*

Jackson, MO 63755 (the "Property") and to allow the purchaser at the foreclosure sale to exercise all remedies available to obtain possession of the Property pursuant to state law and the terms of the security instruments encumbering the Property executed by the Debtor in favor of the Movant. The legal description of the Property is:

ALL OF LOTS FIVE (5) AND SIX (6) OF SANFORD'S ADDITION TO THE CITY OF JACKSON, MISSOURI, AS SHOWN BY PLAT RECORDED IN PLAT BOOK 1 AT PAGE 26.

    IT IS ORDERED.

Date: July 23, 2010                                                    _____

    Judge, U.S. Bankruptcy Court
    for the Western District of Virginia
    Charlottesville
    Entered on Docket:_____

**WE ASK FOR THIS:**

  */s/ Stephen B. Wood*
Stephen B. Wood, VSB #26518
Bierman, Geesing, Ward & Wood, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804)282-0463 (phone)
(804)282-0541 (facsimile)
*Counsel for the Movant*

**SEEN AND AGREED:**

  */s/ William F. Schneider*
William F. Schneider, Trustee
P.O. Box 739
Lynchburg, VA 24505
*Chapter 7 Trustee*

## **CERTIFICATION**

I HEREBY CERTIFY that the foregoing proposed Order Terminating the Automatic Stay has been endorsed by or on behalf of all necessary parties.

                                              */s/ Stephen B. Wood*
                                              Stephen B. Wood

cc:

Bierman, Geesing, Ward & Wood, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229

Steven Shareff, Esq.
P.O. Box 729
434-528-0411
Louisa, VA  23093

William F. Schneider
P.O. Box 739
Lynchburg, VA 24505

Kenneth L. Waldron
417 North High Street
Jackson, MO  63755

Kenneth L. Waldron
13344 Arlington Farm View Lane
Culpeper, VA  22701

WD7default