Steven Shareff
Attorney At Law
PO Box 729
Louisa, VA 23093

September 8, 2010

Clerk of the Court
United States Bankruptcy Court
1101 Court Street
Lynchburg, Va 24504

        Re: Kenneth L. Waldron
        10-61750

To the Clerk of the Court:

Please be advised that the debtor's new mailing address is

Kenneth L. Waldron
c/o General Delivery
Main Post Office
Culpeper VA 22701

Sincerely,

/s/ Steven Shareff

Steven Shareff
Counsel for the Debtor