B6B (Official Form 6B) (12/07)

In re   **Kenneth L. Waldron**                                                ,   Case No.  **10-61750**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wood and Huston Bank checking account** | - | **0.00** |
| | | | **US Bank checking account** | - | **102.00** |
| | | | **Wachovia Bank checking** | - | **675.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit with Craig and Susan Malloy landlord** | - | **1,000.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **horse tack (2 saddles, two bridles, saddle pads, halter, leads (needs refurbishing)** | - | **250.00** |
| | | | **microwave oven, dishes silverware pots pans** | - | **25.00** |
| | | | **2 hot steam vapor cleaners; dehumidfier; space heater** | - | **150.00** |
| | | | **misc hand tools; metal toolbox** | - | **100.00** |
| | | | **2 beds, pool table, TV, bookcase, sofa, table (poor condition)** | - | **100.00** |
| | | | **bird dog pictures** <br> **bird dog trophies** | - | **10.00** |
| | | | **bed, desk, dresser, rectangular used and damaged table and 6 or 7 used chairs; armoire; 3 chests; end tables (2), blue-eyed cat statuette on end t able, misc knick knacks on top of end t able and chests and armoire; broken DVD player, several broken lamps and shades, shoe racl arch supports, shoe bags; linens (pillows covers sheet; white heating pad); 2 makeshift wooden closets** | - | **200.00** |
| | | | **Big screen TV** | - | **200.00** |

Sub-Total >     **2,812.00**
(Total of this page)

___**6**___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Kenneth L. Waldron**, Case No. **10-61750**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **canoe** | - | **50.00** |
| | | **There may or may not be additional items tangible property located at 13344 Arlington Farm View Lane Culpeper, that debtor cannot recall; the owners of the property Susan ad Craig Malloy have refused the debtor access to the property on which the debtor's personal property is located.** | - | **0.00** |
| | | **Under porch, in front of door to basement apartment** **cardboard boxes; red and black ups shippng boxes containing magnets (5);** **small black saddle; unused UPS boxes, 2 extension cords, 2 shopping carts; odds and ends such as partial lacqur thinner, there may be additional items forgottence since susan and craig malloy have forbidden him access to the property to retreive his things** | - | **50.00** |
| | | **garage behind main house** **tan cushion and couch; brown wood couch with green cushions; odds and end at that locations; such as tools or auto parts that may still be there** | - | **21.00** |
| | | **back porch under house:** **plastic green container with wheels; odds and ends debtor cannot recall specifics as he has not been permitted access to property** | - | **10.00** |
| | | **paddock area around small barn lot and fence around large pasture:** **electric fence controller; 3 grounding rds and wire for electric fence; yellow and white poly rope on pasture fencing; white nylon rope; electric wire holders (apx 35); electric wire** | - | **141.00** |
| | | **secured storage are without top in long barn combination lock, red tool box and misc tools; camofouge hunting clothing; cardboard box with quail cover starter, white metal and rubber covered shelving; white shelving, grocery cart, 3 electric heaters, misc hand tools and supplies** | - | **185.00** |
| | | | Sub-Total > (Total of this page) | **457.00** |

Sheet __1__ of __6__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Kenneth L. Waldron**, Case No. **10-61750**

Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **in basement apartment: wall hangings 4 way hanger rack at end of bed containing clothing shelving added on walls---metal braes & wood cabinet for guns** <br> **12 and 20 gauge single shotgun broken** <br> **gun cleaning kit in plastic fishing tackle box mis shooting supplies and straps, gun covers** <br> **printer cartridges paper clips 2 door metal cabinet and misc office supplies; sledghammer** <br> **oil paintings by mother (3 or 4)** | - | **120.00** |
| | | **contents of hall closet consisting of men's golf clubs, practive balls, boxes of used balls, golf shoes; towels, jackets, gloves brushes misc odds and ends I may have forgottens since I have been locked out of the apartment since june 9, 2010** | - | **100.00** |
| | | **2 guitars one acoustic one electric and amplifier old (belongs to debtors youngest son)** | - | **200.00** |
| | | **back room area:** <br> **in white buildt in shelving books, cleaning chemicals 10-12 pair boots, music books, electrical accessories for hot steam vapor cleaners; wellow and black bag with boots, wicketr box full of old hunting sox, cardboard box with tennis rackets and valls, used scrubbing machine; 4 hot stain vapor cleaning units with attatchments, parts and accessories, boxes  (2) containing 1 shark brand steamer and attachments; boxes of loor and carpet cleaning chemicals** | - | **353.00** |
| | | **in kitchen area:** <br> **2 sets of dog training collars and controllers; 2 hearing aids; george foreman grill, toaster, waste basket dishwashing racks cleaning supllies, green plastic gun case, coffe makers waxed paper aluminum foil, canned goods in lazy susan cabinet are, contents of refrigerator (food(** | - | **102.00** |
| | | **bathroom area:** <br><br> **2 wire racks with personal toiletries; lysol dispenser and handle and tips, shampoo conditiner soap and wash itens in shower and window to bathroom, jackets shirts overalls chaps mufflers** | - | **55.00** |

Sub-Total >   **930.00**
(Total of this page)

Sheet **2** of **6** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Kenneth L. Waldron**, Case No. **10-61750**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | men's clothing, shoes and boots | - | 100.00 |
| | | one ring, three watches | - | 150.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 Remington 12 gauge shotguns | - | 200.00 |
| | | pistol 22 caliber Ruger (broken) | - | 25.00 |
| | | fishing rods (2) and reel and tackle box | - | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100 shares of Eagle Environmental Products Inc. not an active business; not authorized to do business in Virginia | - | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Money owed by Roger Vance Sr. Marble Hill Mo 63775 | - | 1,100.00 |
| | | | Sub-Total > (Total of this page) | 1,626.00 |

Sheet **3** of **6** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Kenneth L. Waldron**,       Case No. **10-61750**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Claim for damages against Susan and Craig Malloy** | - | **1.00** |
| | | **Claim for damages against Liberty Mutual; Caldwell Banker; Abernathy Realty; Wells Fargo; and ASC and Wood and Houston Bank** | - | **1.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | **X** | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **no refund expected as debtor has not worked gainfully this year, unlike 2009** | - | **0.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | **X** | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | **X** | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | **X** | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | **X** | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | **X** | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | **X** | | | |

Sub-Total >  **2.00**
(Total of this page)

Sheet **4** of **6** continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Kenneth L. Waldron**                                                  ,   Case No. __**10-61750**__
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford F 250 Truck 176000 miles (odometer was broken for 7 years) needs balljoints, brakes, possible new transmission, no AC** | - | **3,000.00** |
| | | **1996 Chevrolet 1/2 Ton Truck 168000 miles needs transmission work, brakes and engine work** | - | **1,500.00** |
| | | **1963 Chevrolet Impala 2 Door Sedan 200000+ miles needs new transmission, brakes, electrical problems** | - | **2,000.00** |
| | | **1991 Cadillac Eldorado sedan does not run body damage front end out** | - | **300.00** |
| | | **1988 Ford F 100 pickup truck total loss due to front end collission** | - | **100.00** |
| | | **Ho-made metal dog trailer (2 wheeler)** | - | **250.00** |
| | | **Ho Made metal Box trailer 2 wheeler rusted** | - | **150.00** |
| | | **4 wheel cargo trailer** | - | **1,500.00** |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | | **For paralegal work: two computer work stations: 3 desks, 2 computers (ACER desk top gateway loptop), 3 printers (brother MFC 4420 Unit (2) 1 HP printer), law books, 5 filing cabinets (tan and black in color letter size, 5 office chairs (paralegal), one legal size gray metal filing cabinet (records and papers enclosed)monitor mouse, fax splitter box, file holders, plastic; surge preventers, label prnters (2) cables and supplies; card board boxes, 3 or 4 under desk; copy paper under desk, wooden storage box made out of plywood, digital camera case battery charge and clips, notebooks, odds and ends debtor may have forgetten since he has been locked out of apt since june 9, 2010** | - | **1,400.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30. Inventory. | **X** | | | |
| 31. Animals. | | **Pointer dog male no papers** | - | **100.00** |
| | | | Sub-Total > (Total of this page) | **10,300.00** |

Sheet __**5**__ of __**6**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Kenneth L. Waldron**, Case No. **10-61750**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Setter dog, may be registered** | - | **200.00** |
| | | **horse, gray gelding 14 years old bad feet** | - | **400.00** |
| | | **horse, red gelding 11 years old bad feet** | - | **400.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **1,000.00** |
| Total > | **17,127.00** |

Sheet **6** of **6** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)