Steven Shareff
Attorney At Law
PO Box 729
Louisa, VA 23093

October 4, 2010

Clerk of the Court
United States Bankruptcy Court
1101 Court Street
Lynchburg, Va 24504

        Re: Kenneth L. Waldron
        10-61750

To the Clerk of the Court:

Please be advised that the debtor's new mailing address is

Kenneth L. Waldron
31175 Old Office Road
Locust Grove, VA 22508


Sincerely,

/s/ Steven Shareff

Steven Shareff
Counsel for the Debtor